**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID WELLS,                                            No. C 05-2073 CW

      Plaintiff,                                ORDER GRANTING
                                                       PLAINTIFF'S
  v.                                                   MOTION FOR
                                                       ADMINISTRATIVE
THE BOARD OF TRUSTEES OF THE                           RELIEF
CALIFORNIA STATE UNIVERSITY, et.
al,

      Defendants.

_____/

     This case was originally assigned to Magistrate Judge
Larsen and reassigned to this Court on August 3, 2005.  On July
20, 2005, Defendants moved to dismiss Plaintiff's complaint and
to strike portions of the complaint; the motion was scheduled to
be heard on August 31, 2005.

     On August 3, 2005, Plaintiff's counsel requested that
Defendants vacate and reschedule the August 31, 2005 hearing
date because the case had not yet been reassigned.  On the same
day, the Reassignment Order was issued.  Defendants' counsel, in
a letter also dated August 3, 2005, declined to vacate the
hearing date, noting that the case had been reassigned to this

United States District Court

For the Northern District of California

1  Court and instructing Plaintiff to proceed with filing his

2  opposition.  Plaintiff has not filed an opposition.  Nor has

3  Plaintiff's counsel again asked Defendants to continue the

4  hearing.

5       On August 11, 2005, Defendants filed an Amended Notice of

6  Hearing Date, rescheduling the hearing on their Motion to

7  Dismiss and Motion to Strike to September 2, 2005 at 10:00 a.m.

8  On  August 17, 2005, after twice attempting to contact

9  Plaintiff's counsel regarding whether Plaintiff planned to file

10 an opposition, Defendants filed a Reply in Support of their

11 Motion to Dismiss and Motion to Strike.

12      On August 22, 2005, Plaintiff filed a Motion for

13 Administrative Relief, requesting that this Court vacate the

14 hearing date scheduled for September 2, 2005, and reset the

15 hearing for 1:30 p.m. on September 30, 2005, the same time and

16 date as the parties' case management conference.  Plaintiff

17 provides three explanations for why his opposition was not

18 filed: (1) he assumed that Defendants' counsel would agree to

19 continue the hearing;    (2) he understood the Reassignment

20 Order vacated the Motion to Dismiss until it was renoticed

21 before this Court; and             (3) Plaintiff's counsel was in

22 Nevada City, California, for a jury trial.

23      Defendants object to Plaintiff's request, noting that

24 Plaintiff failed to request relief from this Court after

25 receiving the Amended Notice of Hearing and instead waited until

26 after Defendants expended time and resources filing a reply.

27 Defendants request attorneys' fees incurred responding to this

28

2

United States District Court
For the Northern District of California

1  motion and responding to any possible late opposition.

2       Having considered all of the papers filed by the parties

3  and in the interest of justice, the Court GRANTS Plaintiff's

4  motion.  The Court vacates the September 2, 2005 hearing on

5  Defendants' Motion to Dismiss and Motion to Strike.  Plaintiff's

6  opposition is due on or before September 2, 2005.  Defendants

7  may file a reply brief on or before September 16, 2005.  This

8  matter will be heard on September 30, 2005 at 10:00 a.m., along

9  with the case management conference.  Defendants' request for

10 attorneys' fees is denied.

11      IT IS SO ORDERED.

12

13 Dated: 8/24/05                    /s/ CLAUDIA WILKEN
                                     CLAUDIA WILKEN
14                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     3