1  Cheryl D. Orr, State Bar No. 143196
   Alison L. Tsao, State Bar No. 198250
2  CARLTON DiSANTE & FREUDENBERGER LLP
   260 California Street
3  Suite 500
   San Francisco, California 94111
4  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
5
   Attorneys for Defendants
6  Board of Trustees of the California State University,
   Rollin Richmond, Steven Butler, and Dan Collen
7
   Robert V. Cohune, State Bar No. 43284
8  Law Office of Robert V. Cohune
   P.O. Box 458
9  Truckee, CA 96160
   Telephone: (530) 582-9094
10 Facsimile: (530) 582-4157

11 Attorneys for Plaintiff
   David Wells
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 DAVID WELLS,                                ) Case No. C-05-02073 CW
                                               )
17          Plaintiff,                         )
                                               )
18     vs.                                     ) STIPULATION AND [PROPOSED]
                                               ) ORDER CONTINUING COMPLETION
19 THE BOARD OF TRUSTEES OF THE                ) OF MEDIATION
   CALIFORNIA STATE UNIVERSITY, which is       )
20 the State of California acting in its higher)
   education capacity, Rollin C. Richmond,     )
21 individually and as President of HUMBOLDT   )
   STATE UNIVERSITY, Steven Butler,            )
22 individually and as Vice President of       ) Action Filed: May 20, 2005
   HUMBOLDT STATE UNIVERSITY, and Dan          ) Trial Date:   October 16, 2006
23 Collen, individually and as its Athletic Director, )
                                               )
24          Defendants.                        )
                                               )
25

26

27

28

CARLTON DiSANTE &
FREUDENBERGER LLP

IT IS HEREBY STIPULATED by and between the Parties to this action through their respective counsel of record, that the completion date for mediation in the above-captioned matter, previously set by the Court to be completed by February 1, 2006, be continued to February 28, 2006.

Date: November 22, 2005

CARLTON, DiSANTE & FREUDENBERGER LLP
Cheryl D. Orr
Alison L. Tsao

By: /s/ Alison L. Tsao
Alison L. Tsao
Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ROLLIN RICHMOND, STEVEN BUTLER, AND DAN COLLEN

Dated: November 20, 2005

LAW OFFICE OF ROBERT COHUNE

By: /s/ Robert V. Cohune
Robert Cohune
Attorneys for Plaintiff
David Wells

IT IS SO ORDERED.

Dated: 11/23/05

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Claudia Wilken

1    STIPULATION TO CONTINUE COMPLETION OF MEDIATION [Case No. C-05-02073 CW]