1  Cheryl D. Orr, State Bar No. 143196
   Alison L. Tsao, State Bar No. 198250
2  CARLTON DiSANTE & FREUDENBERGER LLP
   260 California Street
3  Suite 500
   San Francisco, California 94111
4  Telephone: (415) 981-3233
   Facsimile: (415) 981-3246
5
   Attorneys for Defendants
6  Board of Trustees of the California State University,
   Rollin Richmond, Steven Butler, and Dan Collen
7
   Robert V. Cohune, State Bar No. 43284
8  Law Office of Robert V. Cohune
   P.O. Box 458
9  Truckee, CA 96160
   Telephone: (530) 582-9094
10 Facsimile: (530) 582-4157

11 Attorneys for Plaintiff
   David Wells
12

13                     **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 DAVID WELLS,                                    )  Case No. C-05-02073 CW
                                                   )
17          Plaintiff,                             )
                                                   )
18    vs.                                          )  **STIPULATION AND ORDER**
                                                   )  **EXTENDING DISCOVERY CUT-OFF**
19 THE BOARD OF TRUSTEES OF THE                    )  **DATE AND BRIEFING SCHEDULE ON**
   CALIFORNIA STATE UNIVERSITY, which is           )  **DISPOSITIVE MOTION AS MODIFIED**
20 the State of California acting in its higher    )
   education capacity, Rollin C. Richmond,         )
21 individually and as President of HUMBOLDT       )
   STATE UNIVERSITY, Steven Butler,                )
22 individually and as Vice President of           )
   HUMBOLDT STATE UNIVERSITY, and Dan              )  Action Filed:  May 20, 2005
23 Collen, individually and as its Athletic Director, ) Trial Date:    October 16, 2006
                                                   )
24          Defendants.                            )
                                                   )
25

26

27

28

1  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR
2  RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:

3  1. Plaintiff David Wells ("Plaintiff") and Defendants The Board of Trustees of the
4  California State University, Rollin C. Richmond, Steven Butler and Dan Collen (collectively,
5  "Defendants") (Plaintiff and Defendants, collectively, "Parties") jointly stipulate the following
6  Court scheduled deadlines to be extended in order for the Parties to complete pending discovery in
7  the above-captioned matter:

8  2. The Parties stipulate that the discovery cut-off date, previously set by the Court to
9  be completed by May 31, 2006, be extended to June 9, 2006;

10  3. The Parties stipulate that the deadline in which to hear discovery motions previously
11  scheduled by the Parties in their Joint Case Management Statement to be completed by July 20,
12  2006, be extended to August 10, 2006.  Therefore, the Parties' last day to file their moving papers
13  supporting their discovery motions will be filed and served no later than July 6, 2006.  The Parties'
14  opposition to discovery motions will be filed and served no later than July 20, 2006 and reply
15  papers will be filed and served no later than July 27, 2006; and

16  4. The Parties stipulate that the briefing schedule on dispositive motion scheduled by
17  the Court be extended for another three weeks.  Accordingly, moving papers supporting a motion
18  for summary judgment will be filed and served no later than June 30, 2006.  Plaintiff's opposition
19  to the motion for summary judgment will be filed and served no later than July 14, 2006, and
20  Defendants' Reply will be filed and served no later than July 21, 2006.

21  IT IS SO STIPULATED.

22  Date: May ___, 2006

CARLTON, DiSANTE & FREUDENBERGER LLP

By: _____
Alison L. Tsao
Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA
STATE UNIVERSITY, ROLLIN RICHMOND,
STEVEN BUTLER, AND DAN COLLEN

| | | |
|---|---|---|
| 1 | Dated: May ___, 2006 | LAW OFFICE OF ROBERT COHUNE |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| | | Robert Cohune |
| 5 | | Attorneys for Plaintiff |
| | | David Wells |
| 6 | Dated: May ___, 2006 | SIEGEL & YEE |

By: _____
Daniel Siegel
Attorneys for Plaintiff
David Wells

IT IS SO ORDERED.  **THE DISPOSITIVE MOTIONS WILL BE DEEMED SUBMITTED ON THE PAPERS.  THIS DEEM MAY RESULT IN CONTINUANCE OF THE TRIAL.**

Dated: 5/25/06          /s/ CLAUDIA WILKEN

_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

CARLTON DiSANTE &
FREUDENBERGER LLP

224678.1

2

STIPULATION TO EXTEND DISCOVERY-
CUT OFF AND MSJ DATES
[Case No. C-05-02073 CW]