| | |
|---|---|
| 1 | Cheryl D. Orr, State Bar No. 143196 |
|  | Alison L. Tsao, State Bar No. 198250 |
| 2 | CARLTON DiSANTE & FREUDENBERGER LLP |
|  | 260 California Street |
| 3 | Suite 500 |
|  | San Francisco, California 94111 |
| 4 | Telephone:  (415) 981-3233 |
|  | Facsimile:  (415) 981-3246 |
| 5 |  |
|  | Attorneys for Defendants |
| 6 | Board of Trustees of the California State University, |
|  | Rollin Richmond, Steven Butler, and Dan Collen |
| 7 |  |
|  | Robert V. Cohune, State Bar No. 43284 |
| 8 | Law Office of Robert V. Cohune |
|  | P.O. Box 458 |
| 9 | Truckee, CA  96160 |
|  | Telephone:  (530) 582-9094 |
| 10 | Facsimile:  (530) 582-4157 |
|  |  |
| 11 | Attorneys for Plaintiff |
|  | David Wells |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WELLS, | Case No. C-05-02073 CW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF DATE** |
| THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California acting in its higher education capacity, Rollin C. Richmond, individually and as President of HUMBOLDT STATE UNIVERSITY, Steven Butler, individually and as Vice President of HUMBOLDT STATE UNIVERSITY, and Dan Collen, individually and as its Athletic Director, | Action Filed: May 20, 2005<br>Trial Date:     October 16, 2006 |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AS FOLLOWS:

1. Plaintiff David Wells ("Plaintiff") and Defendants The Board of Trustees of the California State University, Rollin C. Richmond, Steven Butler and Dan Collen (collectively, "Defendants") (Plaintiff and Defendants, collectively, "Parties") jointly stipulate the following Court scheduled deadline to be extended in order for the Parties to complete pending discovery in the above-captioned matter:

2. The Parties stipulate that the discovery cut-off date as it pertains to the continued deposition of Plaintiff David Wells only, be extended to June 21, 2006. No other Court-ordered deadlines will be changed.

IT IS SO STIPULATED.

Date: June ___, 2006

CARLTON, DiSANTE & FREUDENBERGER LLP

By: _____/s/_____
  Cheryl D. Orr
  Attorneys for Defendants
BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ROLLIN RICHMOND, STEVEN BUTLER, AND DAN COLLEN

Dated: June ___, 2006

LAW OFFICE OF ROBERT COHUNE

By: _____/s/_____
  Robert Cohune
Attorneys for Plaintiff
David Wells

IT IS SO ORDERED.

  6/12/06             /s/ CLAUDIA WILKEN

Dated: _____

THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE