UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WELLS, | Case No. C-05-02073 CW |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |
| vs. | |
| THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, which is the State of California acting in its higher education capacity, Rollin C. Richmond, individually and as President of HUMBOLDT STATE UNIVERSITY, Steven Butler, individually and as Vice President of HUMBOLDT STATE UNIVERSITY, and Dan Collen, individually and as its Athletic Director, | Action Filed: May 20, 2005<br>Trial Date: October 16, 2006 |
| Defendants. | |

[Proposed] Order Granting Defendants' Mtn. for Admin. Relief [Case No. C-05-02073 CW]

241647.1

1 | Having considered the papers in support of and in opposition to Defendants' Motion for
2 | Administrative Relief, the Court rules as follows:
3 |    1.   Defendants' Motion for Administrative Relief to submit a substitute exhibit 5138
4 | with the complete Report in support of Defendants' Lodged Exhibit is hereby GRANTED.

6 | IT IS SO ORDERED.

8 |    10/6/06
9 | Dated: _____     _____
                                          U.S. District Court Judge
10 |                                           Northern District of California

1   [Proposed] Order Granting Defendants' Mtn. for Admin. Relief [Case No. C-05-02073 CW]

241647.1