LAW OFFICE OF ROBERT COHUNE
ROBERT V. COHUNE, SBN 043284
P.O. Box 4548
Truckee, CA 96160
Telephone: (530) 582-9094
Facsimile: (530) 582-4157

DAN SIEGEL, SBN 56400
DEAN ROYER, SBN 233292
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
DAVID WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WELLS,<br><br>　　Plaintiff,<br><br>v.<br><br>THE BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, ROLLIN C. RICHMOND, STEVEN BUTLER, and DAN COLLEN,<br><br>　　Defendants. | Case No. C 05-02073 CW<br><br>REQUEST FOR DISMISSAL WITH PREJUDICE |

　　Comes now plaintiff DAVID WELLS and requests that the above-captioned case be

Wells v. Board of Trustees, No. C 05-02073 CW
Request for Dismissal with Prejudice - 1

1  dismissed with prejudice.

2       Dated: December 5, 2006

3
4                                       LAW OFFICE OF ROBERT COHUNE
                                        SIEGEL & YEE
5
6                                       By /s/ Dan Siegel
                                           Dan Siegel
7
                                        Attorneys for Plaintiff
8                                       DAVID WELLS

**IT IS SO ORDERED**

/s/ Claudia Wilken

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

Wells v. Board of Trustees, No. C 05-02073 CW
Request for Dismissal with Prejudice - 2